**No. 44352.**—Protests 610565–G, etc., of Vollmann & Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hat. bodies similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44353.**—Petition 5985–R of Willoughby's Camera Stores, Inc. (New York).

Opinion by BROWN, J. It appeared that the importer deducted a discount of 50 percent, whereas on reappraisement it was found that the proper discount was 33⅓ percent. It was found that there was no intention to defraud the Government or to deceive the appraiser. The petition was therefore granted.

**No. 44354.**—Petition 5988–R of W. H. S. Lloyd Co., Inc. (New York).

Opinion by BROWN, J. It appeared that between the date of purchase of the merchandise and its exportation the manufacturer had issued a new price list approximately 30 percent higher than the invoice price. It was found that there was no intention to defraud the Government, the amount involved being too small to imply any intentional deceit. The petition was therefore granted.

BEFORE THE THIRD DIVISION, SEPTEMBER 19, 1940

**No. 44355.**—Protest 967550–G of Greene Trading Co. (New York).

Opinion by CLINE, J. The record showed that the immediate containers of the oil were not marked but that the wooden cases were properly marked. On the authority of *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104) the protest was overruled.

**No. 44356.**—Protest 999360–G of Keuffel & Esser Co. (New York).

Opinion by CLINE, J. The protest was submitted without evidence in support of the claims made. On the record presented the protest was overruled.

**No. 44357.**—Petition 6036–R of Langfelder, Homma & Hayward, Inc. (Los Angeles).

Opinion by CLINE, J. The petition was dismissed.

**No. 44358.**—Protests 948915–G (A), etc., of Edward & John Burke et al. (San Francisco).

Opinion by EVANS, J. It was stipulated that the merchandise is the same as that passed upon in *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253). The claim at $2.50 per gallon under paragraph 802 was therefore sustained.